ROBINSON v. DE FERE et al. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Frances A. Robinson against Mary A. De Fere and others. No opinion. Motion granted.

ROCKEFELLER v. LAMORA. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by William Rockefeller against Oliver Lamora. No opinion. Motion granted. ·

ROCKLAND LAKE TRAP ROCK CO., Respondent, v. SHERIDAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by the Rockland Lake Trap Rock Company against Theressa A. S.· Sheridan. No opinion. Judgment and order unanimously affirmed, with costs.

ROEPKE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Charles Roepke against Daniel D. Smith. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

ROGERS, Respondent, v. CITY OF ROME, Appellant. (Supreme Court, Appellate Division. Fourth Department. October 11, 1905.) Action by Herbert Rogers against the city of Rome.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon question of law only; the facts having been examined and no error found therein. Held, that the plaintiff failed to show actionable negligence on the part of the defendant. ·

SPRING and HISCOCK, JJ., dissent. ·

In re RONAYNE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Margaret G. Ronayne. No opinion. Motion denied, on payment of $10 costs.

In re RONAYNE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Maurice Ronayne. No opinion. Motion denied.

In re RONAYNE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Sarah H. Ronayne. No opinion. Motion denied.

ROSE, Respondent, v. O'ROURKE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Edward Rose against Lillian O'Rourke. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENBLAD, Respondent, v. ANDARIESE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1905.)· Action by John F. Rosenblad against Edwin A. Andariese and others. No opinion. Interlocutory judgment affirmed, with costs.

ROSS, Respondent, v. BAYER–GARDNER–HIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles R. Ross against the Bayer-Gardner-Himes Company. F. D. Peale, for appellant. A. J. Skinner, for respondent. No opinion. Judgment and order affirmed, with costs.

ROSS, Respondent, v. ROYAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Francis H. Ross, against the Royal Insurance Company. S. Hanford, for appellant. E. Fixman, for respondent. No opinion. Judgment and order affirmed, with costs.

ROSS v. ROYAL INS. CO. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Francis H. Ross against the Royal Insurance Company. No opinion. Motion denied, with $10 costs.

ROSSOW v. LILLIPUTIA CO. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Thomas Rossow against the Lilliputia Company. No opinion. Appeal dismissed, with $10 costs.

ROTH, Respondent, v. CLUSTER GAS-LIGHT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Albert B. Roth against the Cluster Gaslight Company. No opinion. Judgment and order affirmed, with costs.

RUBIN, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Hyman Rubin against the New York & Harlem Railroad Company and others. A. S. Lyman, for appellants. L. M. Berkeley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RUDDEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Mary Rudden against the Brooklyn Heights Railroad Company.

PER CURIAM. The printed appeal book may be withdrawn for the purpose of enabling the appellant to apply to the trial judge for the desired certificate, without prejudice to the proceedings already had. This application must be made, and the appeal book restored to the files of this court, within 10 days.

RUDDEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Mary Rudden against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re RUSSELL. (Supreme Court, Appellate Division, Second Department. June 15, 1905.) In the matter of the application of Howard H. Russell for admission to the bar. No opinion. Application granted.